**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                                           Case No. 6:07-cr-158-Orl-19KRS

**RUBI CABRERA**
a/k/a Angel Francisco Duran Rosado

---

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P. and Rule 6.01(c)(12), Middle District of Florida Local Rules, and has entered a plea of guilty to Count One of the Information. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly. The Defendant is in custody of the U.S. Marshal pending sentencing.

The Defendant was previously sentenced in Case No. 8:05-cr-264-T-27EAJ, and served his sentence in that case before he first appeared before the Court in the present case. According to the preliminary guidelines calculations, it appears that Defendant Cabrera may have served, or will shortly complete serving, a term that would fall within the estimated guideline range. Accordingly, counsel for the defense requests that the Court order an expedited update of the previous presentence report and expedited sentencing in this matter. **I therefore respectfully recommend that the Court order**

the probation office to update the previous presentence report in an expedited matter and, thereafter, schedule the sentencing hearing on short notice.

Date: October 5, 2007

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. Section 636(b)(1)(B), Rule 6.02 Middle District of Florida Local Rules.

Copies furnished to:

Presiding District Judge, Courtroom Deputy, United States Attorney, United States Probation Office, Defendant